791 A.2d 1154

Robert A. EDWARDS, Appellant,

v.

COMMONWEALTH of Pennsylvania, Board of Probation and Parole, Appellee.

Supreme Court of Pennsylvania.

March 20, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of March, 2002, the order of the Commonwealth Court is hereby AFFIRMED.